UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
BRAULIO THORNE, on behalf of himself
and all others similarly situated,

                                            No. 18-CV-02359-LTS-GWG

                Plaintiff,

                                              **AMENDED**
    -against-                                  **ORDER OF DISMISSAL**

METROPOLITAN LIFE INSURANCE
COMPANY,

                Defendant.
--------------------------------------------------------x

        The attorneys for the parties have advised the Court that this action has been or will be settled.  Accordingly, it is hereby ORDERED that this action is dismissed as to the named plaintiff with prejudice and without costs to either party, but without prejudice to restoration of the action to the calendar of the undersigned if settlement is not achieved within thirty (30) days of the date of this Order.  If a party wishes to reopen this matter or extend the time within which it may be settled, the party must make a letter application before this thirty (30)-day period expires.  The putative class claims are dismissed without prejudice.

        The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they shall submit the settlement agreement to the Court to be so ordered.

    SO ORDERED.

Dated: New York, New York
       June 18, 2018

                                                /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          United States District Judge